UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY ASHLEY                                                                                    PETITIONER
ADC # 099718

v.                                            No. 4:20-cv-00203-SWW-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

The Court has reviewed the Recommended Partial Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Ricky Ashley's Motion for Recusal, *Doc. 6*, is DENIED and the Notice of Recusal is STRICKEN from the record.

2.     Ricky Ashley's Motion to Amend Petition for Writ of Habeas Corpus, *Doc. 9*, is DENIED and the proposed Amended Petition, *Doc. 9*, is STRICKEN from the record.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 14th day of May, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE