**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

RICKY ASHLEY                                                    PETITIONER
ADC # 099718

v.                                   No. 4:20-cv-00203-SWW-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                           RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray and the filed objections.  After a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Ricky Ashley's petition for a writ of habeas corpus is denied, and this case is dismissed without prejudice.  The Court will not issue a certificate of appealability because Mr. Ashley has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c).  Judgment will be entered accordingly.

IT IS FURTHER ORDRED that Ashley's motion for appointment of counsel [ECF No. 22] is DENIED.

IT IS SO ORDERED this  28th day of May, 2020.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE