# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| RICKY ASHLEY<br>ADC # 099718 | PETITIONER |
| v.  No. 4:20-cv-00203-SWW-JTR | |
| DEXTER PAYNE, Director,<br>Arkansas Division of Correction | RESPONDENT |

## JUDGMENT

Based on today's Order, this 28 U.S.C. § 2254 action is DISMISSED, without prejudice.

IT IS SO ORDERED this 28th day of May, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE